UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

CHAMPAGNE METALS, L.L.C.;

    Plaintiff,

v.

MANCOR OHIO INC.;

    Defendant.

CASE NO. 4:26-cv-00042-JFJ

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Champagne Metals, L.L.C. ("Champagne") bring this Complaint for payment on an account stated and breach of contract against Mancor Ohio, Inc. ("Mancor").

## THE PARTIES

1. Champagne Metals, L.L.C. is a limited liability company organized under the laws of the State of Oklahoma with its principal place of business located at 429 W. 158th Street, Glenpool, OK 74033.

2. Champagne's sole member is M.C. Metals, LLC

3. M.C. Metals LLC's five members are: (1) the Brandon M. Champagne Business Revocable Trust; (2) the Michael H. Champagne Revocable Living Trust; (3) the Brandon Champagne Irrevocable Trust; (4) the Brooke Champagne Irrevocable Trust; and (5) the Champagne Grandchildren's Irrevocable Trust.

4. Brandon M. Champagne is the trustee of the Brandon M. Champagne Business Revocable Trust.

5. Brandon M. Champagne is a citizen of the State of Arizona.

6. Andre R. Champagne is the trustee of the Michael H. Champagne Revocable Living Trust.

7. Andre R. Champagne is a citizen of the State of Texas.

8. Burns Getchell and Ryan Painter are the trustees of the Brandon Champagne Irrevocable Trust.

9. Burns Getchell and Ryan Painter are the trustees of the Brooke Champagne Irrevocable Trust.

10. Burns Getchell and Ryan Painter are the trustees of the Champagne Grandchildren's Irrevocable Trust.

11. Burns Getchell is a citizen of the State of Oklahoma.

12. Ryan Painter is a citizen of the State of Oklahoma.

13. Mancor Ohio Inc. is a corporation organized under the laws of the State of Ohio with its principal place of business located at 1008 Leonhard Street, Dayton, OH 45404.

## JURISDICTION AND VENUE

14. Champagne is a citizen of the states of Oklahoma, Arizona, and Texas.

15. Mancor is a citizen of the state of Ohio.

16. The amount in controversy in this case exceeds $75,000.

17. This Court has diversity jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1332.

18. This Court has personal jurisdiction over Mancor because Mancor expressly consented to this Court's personal jurisdiction under Champagne's standard Terms & Conditions which were incorporated by reference to the invoices subject to this dispute. *See infra* at ¶ 147. Champagne's standard Terms & Conditions are attached hereto as **Exhibit 1**.

19. Champagne's standard Terms & Conditions state: "Seller and Purchaser agree that any legal proceeding with respect to this Agreement shall be brought only in the District

Court of Tulsa County, State of Oklahoma, or the United States District Court for the Northern District of Oklahoma and both Seller and Purchaser submit to and accept generally and unconditionally the personal jurisdiction of such courts with respect to their person and property." Ex. 1, ¶ 14.

20. Accordingly, the parties selected this Court as the exclusive federal jurisdiction and venue for this dispute.

21. Venue is also proper in this Court because Mancor expressly consented to this Court as the exclusive proper federal venue for this dispute under Champagne's standard Terms & Conditions which were incorporated by reference to the invoices subject to this dispute. *See supra* at ¶ 19.

## COUNT I
## BREACH OF CONTRACT

22. On August 21, 2024, Mancor ordered certain goods from Champagne by its Purchase Order P13531, attached hereto as **Exhibit 2**.

23. On August 27, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order P13531. Proof of delivery is attached hereto as **Exhibit 3**.

24. On August 28, 2024 Champagne issued its Invoice 143794 to Mancor for goods ordered through its Purchase Order P13531. A copy of said invoice is attached hereto as **Exhibit 4**.

25. The total amount due to Champagne from Mancor under Invoice 143794 is $2,307.60.

26. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 143794.

27. On August 26, 2024, Mancor ordered certain goods from Champagne by

submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 5**.

28. On August 27, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 6**.

29. On August 28, 2024, Champagne issued its Invoice 143795 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 7**.

30. The total amount due to Champagne from Mancor under Invoice 143795 is $18,847.24.

31. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 143795.

32. On August 26, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 8**.

33. On August 27, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 9**.

34. On August 28, 2024, Champagne issued its Invoice 143796 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 10**.

35. The total amount due to Champagne from Mancor under Invoice 143796 is $20,746.84.

36. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 143796.

37. On August 26, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 11.**

38. On August 28, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419.  Proof of delivery is attached hereto as **Exhibit 12**.

39. On August 29, 2024, Champagne issued its Invoice 143909 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 13**.

40. The total amount due to Champagne from Mancor under Invoice 143909 is $8,626.68.

41. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 143909.

42. On August 27, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 14.**

43. On August 28, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419.  Proof of delivery is attached hereto as **Exhibit 15**.

44. On August 29, 2024, Champagne issued its Invoice 143910 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 16**.

45. The total amount due to Champagne from Mancor under Invoice 143910 is $7,228.13.

46. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 143910.

47. On August 27, 2024, Mancor ordered certain goods from Champagne by

submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 17.**

48. On August 28, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 18**.

49. On August 29, 2024, Champagne issued its Invoice 143911 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 19**.

50. The total amount due to Champagne from Mancor under Invoice 143911 is $5,864.40.

51. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 143911.

52. On August 23, 2024, Mancor ordered certain goods from Champagne by Champagne by its Purchase Order P13536, attached hereto as **Exhibit 20**.

53. On August 28, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order P13536. Proof of delivery is attached hereto as **Exhibit 21**.

54. On August 29, 2024 Champagne issued its Invoice 143912 to Mancor for goods ordered through its Purchase Order P13536. A copy of said invoice is attached hereto as **Exhibit 22**.

55. The total amount due to Champagne from Mancor under Invoice 143912 is $11,869.00.

56. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 143912.

57. On August 29, 2024, Mancor ordered certain goods from Champagne by its

Purchase Order P13544, attached hereto as **Exhibit 23**.

58. On August 29, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order P13544. Proof of delivery is attached hereto as **Exhibit 24**.

59. On August 30, 2024 Champagne issued its Invoice 144038 to Mancor for goods ordered through its Purchase Order P13544. A copy of said invoice is attached hereto as **Exhibit 25**.

60. The total amount due to Champagne from Mancor under Invoice 144038 is $6,555.49.

61. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 144038.

62. On August 30, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 26**.

63. On September 3, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 27**.

64. On September 4, 2024, Champagne issued its Invoice 144140 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 28**.

65. The total amount due to Champagne from Mancor under Invoice 144140 is $18,816.84.

66. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 144140.

67. On September 3, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 29**.

68. On September 4, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 30**.

69. On September 5, 2024, Champagne issued its Invoice 144199 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 31**.

70. The total amount due to Champagne from Mancor under Invoice 144199 is $33,067.95.

71. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 144199.

72. On August 30, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 32**.

73. On September 3, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 33**.

74. On September 6, 2024, Champagne issued its Invoice 144250 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 34**.

75. The total amount due to Champagne from Mancor under Invoice 144250 is $27,100.74.

76. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 144250.

77. On September 9, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 35**.

78. On September 23, 2024, Champagne issued its Invoice 145129 to Mancor for

goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 36**.

79. The total amount due to Champagne from Mancor under Invoice 145129 is $2,620.64.

80. Mancor has improperly refused to pay $983.18 of the amount due to Champagne under Invoice 145129.

81. On December 2, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 37**.

82. On December 3, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 38**.

83. On December 4, 2024, Champagne issued its Invoice 149209 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 39**.

84. The total amount due to Champagne from Mancor under Invoice 149209 is $11,412.68.

85. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 149209.

86. On November 27, 2024, Mancor ordered certain goods from Champagne by its Purchase Order P13825, attached hereto as **Exhibit 40**.

87. On December 3, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order P13825. Proof of delivery is attached hereto as **Exhibit 41**.

88. On December 4, 2024, Champagne issued its Invoice 149210 to Mancor for goods ordered through its Purchase Order P13825. A copy of said invoice is attached hereto as **Exhibit**

**42**.

89. The total amount due to Champagne from Mancor under Invoice 149210 is $7,994.50.

90. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 149210.

91. On December 2, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 43**.

92. On December 3, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 44**.

93. On December 4, 2024, Champagne issued its Invoice 149211 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 45**.

94. The total amount due to Champagne from Mancor under Invoice 149211 is $7,143.22.

95. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 149211.

96. On December 2, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 46**.

97. On December 4, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 47**.

98. On December 5, 2024, Champagne issued its Invoice 149304 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 48**.

99. The total amount due to Champagne from Mancor under Invoice 149304 is $20,546.95.

100. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 149304.

101. On December 2, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 49**.

102. On December 4, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 50**.

103. On December 5, 2024, Champagne issued its Invoice 149305 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 51**.

104. The total amount due to Champagne from Mancor under Invoice 149305 is $18,285.30.

105. Mancor has improperly refused to pay Champagne the full amount owed under Invoice 149305.

106. On October 1, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 52**.

107. On October 2, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 53**.

108. On October 3, 2024, Champagne issued its Invoice 145856 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 54**.

109. The total amount due to Champagne from Mancor under Invoice 145856 is

$11,595.79.

110. Mancor has improperly refused to pay $5,574.15 of the amount due under Invoice 145856.

111. On November 11, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 55**.

112. On November 12, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 56**.

113. On November 13, 2024, Champagne issued its Invoice 148232 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 57**.

114. The total amount due to Champagne from Mancor under Invoice 148232 is $62,223.46.

115. Mancor has improperly refused to pay $5,628.99 of the amount due under Invoice 148232.

116. On December 9, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 58**.

117. On January 7, 2025, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 59**.

118. On January 8, 2025, Champagne issued its Invoice 150551 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 60**.

119. The total amount due to Champagne from Mancor under Invoice 150551 is

$6,971.04.

120. Mancor has improperly refused to pay $5,605.54 of the amount due under Invoice 150551.

121. On November 22, 2024, Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 61**.

122. On November 26, 2024, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 62**.

123. On November 27, 2024, Champagne issued its Invoice 148986 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 63**.

124. The total amount due to Champagne from Mancor under Invoice 148986 is $49,420.60.

125. Mancor has improperly refused to pay $7,270.78 of the amount due under Invoice 148986.

126. On April 4, 2025 Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 64**.

127. On April 9, 2025, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 65**.

128. On April 10, 2025, Champagne issued its Invoice 156486 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 66**.

129. The total amount due to Champagne from Mancor under Invoice 156486 is

$12,475.00.

130.   Mancor has improperly refused to pay $7,507.58 of the amount due under Invoice 156486.

131.   On March 14, 2025 Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 67**.

132.   On March 19, 2025, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 68**.

133.   On March 20, 2025, Champagne issued its Invoice 155150 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 69**.

134.   The total amount due to Champagne from Mancor under Invoice 155150 is $31,187.10.

135.   Mancor has improperly refused to pay $486.00 of the amount due under Invoice 155150.

136.   On March 25, 2025 Mancor ordered certain goods from Champagne by submitting a release under Purchase Order VC00419, attached hereto as **Exhibit 70**.

137.   On March 26, 2025, Champagne delivered to Mancor certain goods ordered by Mancor through its Purchase Order VC00419. Proof of delivery is attached hereto as **Exhibit 71.**

138.   On March 27, 2025, Champagne issued its Invoice 155580 to Mancor for goods ordered through its Purchase Order VC00419. A copy of said invoice is attached hereto as **Exhibit 72**.

139.   The total amount due to Champagne from Mancor under Invoice 155580 is $16,807.71.

140. Mancor has improperly refused to pay $1,635.00 of the amount due under Invoice 155580.

141. In total, Mancor has refused to pay at least $107,903.97 in properly invoiced amounts due to Champagne.

142. Each of the purchase orders and invoices referenced above and attached hereto constitute a written contract between Champagne and Mancor by which Mancor agreed to pay Champagne for the manufacture and delivery of certain goods.

143. Champagne has performed its obligations under its contract with Mancor.

144. Mancor has breached the contract by failing to pay Champagne for said goods.

145. As a result of Mancor's breach of contract, Champagne has sustained damages in the principal sum of $107,903.97.

146. Champagne has performed all conditions precedent to recover under the contract and has not excused Mancor's non-performance.

147. Each of the invoices referenced above and attached hereto incorporated by reference Champagne's standard Terms & Conditions, attached hereto as Exhibit 1, which are terms of the binding contractual agreement between Champagne and Mancor.

148. Champagne's standard Terms & Conditions state: "All invoices unpaid beyond terms of sale are subject to an interest charge of 1.5% per month or the maximum interest rate permitted by applicable law.  Purchaser agrees to all costs of collection, including Seller's reasonable attorney fees and cost[s] if referred to an attorney for collection." Ex. 1, ¶ 4.

149. Champagne is entitled to contractual interest and attorney fees in addition to its principal damages.

**WHEREFORE**, Champagne request the Court to award the following relief:

1. Damages in favor of Champagne and against Mancor in the amount of $107,903.97, plus pre- and post- judgment interest;

2. Reasonable attorney fees and costs associated with the bringing of this action; and

3. All other further legal and equitable relief as this Court deems just and proper.

Dated: January 23, 2026                              Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Kerry R. Lewis*
Kelly K. Koss
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Phone: 312.214.8825
kelly.koss@btlaw.com

and

Kerry R. Lewis, OBA #16519
RHODES, HIERONYMUS, JONES, TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173 Telephone
(918) 592-3390 Facsimile
klewis@rhodesokla.com

*Attorneys for Champagne Metals, L.L.C.*

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury of all issues in this action to which they are entitled to a trial by jury under the law, unless expressly waived.

Dated: January 23, 2026

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Kerry R. Lewis*
Kelly K. Koss
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Phone: 312.214.8825
kelly.koss@btlaw.com

and

Kerry R. Lewis, OBA #16519
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173 Telephone
(918) 592-3390 Facsimile
klewis@rhodesokla.com

*Attorneys for Champagne Metals, L.L.C.*